UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT

CIVIL ACTION NO. 08-60-GWU

PAMELA JANE MARTIN,                                                          PLAINTIFF,

VS.                                          **JUDGMENT**

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,                         DEFENDANT.

* * * * * * * * * * * * *

In compliance with Fed. R. Civ. P. 58,

IT IS HEREBY ORDERED AND ADJUDGED that:

(1)    the administrative decision is REVERSED and REMANDED for further consideration pursuant to Sentence Four of 42 U.S.C. § 405(g); and

(2)    the above-styled action is STRICKEN from this Court's active docket.

This the 10th day of June, 2009.



Signed By:

<u>G. Wix Unthank</u>

**United States Senior Judge**